UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE ALDRICH,<br>  Plaintiff,<br><br>-v-<br><br>EMERGENT BIOSOLUTIONS, INC.,<br>  Defendant. | No. 1:14-cv-785<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

The Court has dismissed all of the claims brought by Plaintiff Nicole Aldrich. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

 **THIS ACTION IS TERMINATED.**

 **IT IS SO ORDERED.**

Date:  January 5, 2016             /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge